# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2920

_____

Jeffrey L. Merrell

*Plaintiff - Appellant*

v.

Douglas County Nebraska; Jeffrey Newton; Barbara Glazer; Wayne Lovett; John Skanes; Michael Myers; John Does, 1-50; Jane Does, 1-50; Mark Foxall

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: April 1, 2014
Filed: April 8, 2014
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jeffrey L. Merrell appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Whisenhunt v. Sw. Bell Tel., 573 F.3d 565, 568 (8th Cir. 2009) (de novo review), we agree with the reasons the district court cited for finding no genuine issues of material fact on Merrell's claims; and we find no merit to Merrell's arguments for reversal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.